UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROCHELLE A. BENNETT, )<br>               Plaintiff, )<br>)<br>v. )<br>)<br>WYETH, INC., WYETH PHARMACEUTICALS, )<br>INC., PFIZER, INC., GREENSTONE, LTD., and )<br>PHARMACIA & UPJOHN COMPANY, )<br>               Defendants. )<br>) | Civ. A. No. 05-11439-GAO |

## STIPULATION OF EXTENSION OF TIME TO RESPOND

IT IS HEREBY STIPULATED AND AGREED by and between defendants Wyeth, Inc. and Wyeth Pharmaceuticals, Inc. (collectively, "Wyeth") and plaintiff Rochelle A. Bennett that the time for Wyeth to answer or otherwise respond to the complaint in this action is hereby extended through and including the day that transfer of this case to *In re Prempro products Liability Litigation*, MDL Docket No. 4:03CV1507 WRW, is accomplished.

                                  Respectfully submitted,

                                  ROCHELLE A. BENNETT

                                  By her attorneys,

                                  /s/ Albert Flanders
                                  Samuel Pollack (BBO No. 560617)
                                  Albert Flanders (BBO No. 567076)
                                  POLLACK & FLANDERS, LLP
                                  50 Congress Street, Suite 430
                                  Boston, MA  02109
                                  (617) 259-3000
                                  aflanders@pollackandflanders.com

Dated:  November 17, 2005

2

        WYETH, INC. and WYETH
        PHARMACEUTICALS, INC.

        By Their Attorneys,


        /s/ John J. Butts
        Robert M. Mahoney (BBO No. 315040)
        John J. Butts (BBO No. 643201)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, MA  02109
        (617) 526-6000
        john.butts@wilmerhale.com

Dated:  November 17, 2005

US1DOCS 5387312v1