UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ROCHELLE BENNETT,<br>    Plaintiff,<br><br>v.<br><br>WYETH, INC., WYETH PHARMACEUTICALS, INC., PFIZER, INC., GREENSTONE, LTD., and PHARMACIA & UPJOHN COMPANY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. A. No. 05-11439-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## **NOTICE OF APPEARANCE OF JOHN J. BUTTS**

Please enter the appearance of John J. Butts, Esq. of Wilmer Cutler Pickering Hale and Dorr LLP as counsel for the Wyeth, mistakenly identified in the complaint as Wyeth, Inc., and Wyeth Pharmaceuticals, Inc.

             Respectfully submitted,

             WYETH and WYETH
             PHARMACEUTICALS, INC.

             By their attorneys:

             /s/ John J. Butts_____
             Robert M. Mahoney (BBO No. 315040)
             John J. Butts (BBO No. 643201)
             Wilmer Cutler Pickering Hale and Dorr LLP
             60 State Street
             Boston, MA 02109
             (617) 526-6000
             john.butts@wilmerhale.com

Dated: December 23, 2005

## **CERTIFICATE OF SERVICE**

      I, John J. Butts, do hereby certify that a true copy of the above document was served upon all counsel of record by electronic service on this 23rd day of December, 2005.

                                            /s/ John J. Butts
                                            John J. Butts