# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## OFFICE OF THE CLERK
600 WEST CAPITOL AVENUE
SUITE 402
LITTLE ROCK, ARKANSAS 72201-3325

**JAMES W. McCORMACK**
**CLERK**

**(501)604-5351**


January 9, 2006

Sarah Allison Thornton
U. S. District Court Clerk
District of Massachusetts
One Courthouse Way, Suite 2300
Boston, Massachusetts 02210-3002

Re: MDL No. 1507 - In re Prempro Products Liability Litigation
E.D. AR Master Case Number 4:03CV01507 WRW
Barbara Galante, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11377
Mary Lee, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11436
Eleanor T. Guarino, et al v. Wyeth, Inc., et al - Your Case No. 1:05-11437
Elizabeth Walsh v. Wyeth, Inc., et al - Your Case No. 1:05-11438
Rochelle A. Bennett v. Wyeth, Inc., et al - Your Case No. 1:05-11439 NMG
Estelle Hayman v. Wyeth, Inc., et al - Your Case No. 1:05-11441
Sophia Higginbottom v. Wyeth, Inc., et al - Your Case No. 1:05-11447

Dear Ms. Thornton:

A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. § 1407 was received and filed in this district on January 4, 2006. Enclosed are certified copies of that order directing the transfer of your civil cases to the Eastern District of Arkansas. They are assigned to the docket of Hon. William R. Wilson, Jr., for coordinated or consolidated pretrial proceedings. Please reference the case number assigned to this court in all correspondence or communications.

The original pleadings (e.g., original complaint, counterclaim, cross-complaint or third-party complaint, and answer or responsive pleading) and certified copy of the docket entries in the cases listed above should be forwarded immediately to: Clerk, U.S. District Court, Richard Sheppard Arnold United States Courthouse, 600 West Capitol Avenue, Room 402, Little Rock, Arkansas 72201-3325. (See *Guide to Judiciary Policies and Procedures,* Volume 4, Chapter 7 § 7.07.) Due to the high volume of cases involved in this litigation, please provide paper copies of the above documents instead of simply referring to your website. Communications regarding these actions should be directed to Ms. Mary Johnson at (501) 604-5144 or Dennis J. Wysocki at (501) 604-5305. If you have any questions, please do not hesitate to call.

Sincerely,

James W. McCormack

JAMES W. McCORMACK, CLERK

JWMc/rm
Enclosures
cc: Hon. William R. Wilson, Jr.




FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 04 2006
JAMES W. McCORMACK, CLERK
By: DEP CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
DEC 12 2005
FILED
CLERK'S OFFICE

***DOCKET NO. 1507***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE PREMPRO PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-58)***

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,568 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, 254 F.Supp.2d 1366 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC 28 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK
By D.C.

**SCHEDULE CTO-58 - TAG-ALONG ACTIONS**
**DOCKET NO. 1507**
**IN RE PREMPRO PRODUCTS LIABILITY LITIGATION**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| FLORIDA MIDDLE | |
| FLM 6 05-1592 | Joy Hinkle v. Wyeth, et al. |
| FLM 8 05-1961 | Virginia Gorski v. Wyeth, Inc., et al. |
| FLM 8 05-2018 | Judy Seay v. Wyeth, Inc., et al. |
| FLM 8 05-2036 | Karen McMichael v. Wyeth Inc., et al. |
| FLM 8 05-2043 | Marguerite Gibson v. Wyeth, Inc., et al. |
| FLORIDA NORTHERN | |
| FLN 3 05-394 | Anne Roffman, et al. v. Wyeth, et al. |
| FLORIDA SOUTHERN | |
| FLS 2 05-14296 | Rose DeTorre, et al. v. Wyeth, et al. |
| FLS 9 05-80903 | Marlene Magness, et al. v. Wyeth, et al. |
| LOUISIANA WESTERN | |
| LAW 5 05-1347 | Hilda Ruth Beahm v. Wyeth, et al. |
| LAW 6 05-1857 | Margarite Hebert v. Wyeth Laboratories, Inc., et al. |
| MASSACHUSETTS | |
| MA 1 05-11377 | Barbara Galante, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11436 | Mary Lee, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11437 | Eleanor T. Guarino, et al. v. Wyeth, Inc., et al. |
| MA 1 05-11438 | Elizabeth Walsh v. Wyeth, Inc., et al. |
| MA 1 05-11439 | Rochelle A. Bennett v. Wyeth, Inc., et al. |
| MA 1 05-11441 | Estelle Hayman v. Wyeth, Inc., et al. |
| MA 1 05-11447 | Sophia Higginbottom v. Wyeth, Inc., et al. |
| MARYLAND | |
| MD 1 05-1851 | Carole Mall, et al. v. Wyeth, et al. |
| MD 8 05-2938 | Mary E. Waddell, et al. v. Wyeth, Inc., et al. |
| MAINE | |
| ME 2 05-164 | Beth Cassel-Tableman v. Wyeth, et al. |
| ME 2 05-165 | Toni Rees v. Wyeth, et al. |
| MINNESOTA | |
| MN 0 05-2430 | Marta Maria Parkes v. Wyeth, et al. |
| MN 0 05-2480 | Barbara Thornell v. Pharmacia & Upjohn Co., LLC, et al. |
| MN 0 05-2521 | Nicole J. Barnett v. Wyeth, et al. |
| MN 0 05-2529 | Patti H. Giambrone v. Wyeth, et al. |
| MISSOURI EASTERN | |
| MOE 4 05-1371 | Cecilia P. Conza v. Wyeth, Inc., et al. |
| MOE 4 05-2018 | Mary Schroeder, et al. v. Wyeth, et al. |
| MOE 4 05-2019 | Jonette Smith, et al. v. Wyeth, et al. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI NORTHERN | |
| MSN 1 05-72 | Delores Arnold, et al. v. Wyeth, et al. |
| MSN 1 05-76 | Martha Heleniak, et al. v. Wyeth, et al. |
| MSN 4 05-67 | Barbara Watson, et al. v. Wyeth, et al. |
| MSN 4 05-159 | Ethel Lee Murphy, et al. v. Wyeth, et al. |
| MSN 4 05-160 | Willie Olive, et al. v. Abbott Laboratories, et al. |
| MSN 4 05-248 | Claudia Stewart v. Wyeth, et al. |
| NEVADA | |
| ~~NV 3 05-585~~ | ~~Lorraine Van Brocklin, et al. v. Wyeth, et al.~~ Vacated 12/27/05 |
| PENNSYLVANIA EASTERN | |
| PAE 2 05-5525 | Laura L. Jackson v. Wyeth, et al. |
| PAE 2 05-5527 | Betty Harrison v. Wyeth, et al. |
| PAE 2 05-5528 | Phyllis L. Morris, et al. v. Wyeth, et al. |
| PAE 2 05-5529 | Annie Sawyer v. Wyeth, et al. |
| PAE 2 05-5532 | Margaret A. Gray v. Wyeth, et al. |
| PAE 2 05-5533 | Teresa R. Cassady, et al. v. Wyeth, et al. |
| PAE 2 05-5536 | Mildred Key, et al. v. Wyeth, et al. |
| PAE 2 05-5537 | Mariel J. Evans, et al. v. Wyeth, et al. |
| PAE 2 05-5540 | Charlotte Lewis, et al. v. Wyeth, et al. |
| PUERTO RICO | |
| PR 3 05-1822 | Emma Serpa-Torres, et al. v. Wyeth |
| SOUTH DAKOTA | |
| SD 4 05-4103 | Martha Flamming Grimme, et al. v. Wyeth, Inc., et al. |
| TEXAS EASTERN | |
| TXE 1 05-727 | Kathleen Yauch v. Wyeth, et al. |
| TEXAS NORTHERN | |
| TXN 7 05-148 | Patty Tannahill v. Wyeth, Inc., et al. |
| VERMONT | |
| VT 2 05-234 | Carolyn Volpini v. Wyeth, et al. |
| VT 2 05-235 | Ellen H. Sussman v. Wyeth, et al. |
| VT 2 05-236 | Ruthanne Eldred v. Wyeth, et al. |
| WISCONSIN WESTERN | |
| WIW 3 05-614 | Lynn J. Cantwell v. Wyeth, Inc., et al. |